AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LUNDIN, KEITH M. | USBC (M.D. TENN.) | 05/01/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

701 BROADWAY
CUSTOMS HOUSE, 2D FLOOR
NASHVILLE, TN 37203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | FAMILY TRUST |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. CONTINUE | CALNORBAN ASSOC. (AGMT EDIT BK NEWSLETTER) (Now Thomson Reuters) |
| 2. CONTINUE | BANKRUPTCY PRESS, INC. (BOOK CONTRACT) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 05/01/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | CALNORBAN ASSOCIATES (ROYALTIES) (Now Thomson Reuters) | $13,200.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | DEBTORS BAR OF WESTERN MICHIGAN | 1/13/2012 TO 1/16/2012 | GRAND RAPIDS, MI | SPEAKER AT CLE MEETING | TRAVEL, FOOD & LODGING |
| 2. | STATE BAR OF ARIZONA | 1/16/2012 TO 1/18/2012 | PHOENIX, AZ | SPEAKER AT CLE MEETING | TRAVEL, FOOD & LODGING |
| 3. | AMERICAN BANKRUPTCY INSTITUTE | 2/2/2012 TO 2/4/2012 | SAN JUAN, PR | SPEAKER AT CLE MEETING | TRAVEL, FOOD & LODGING |
| 4. | NATIONAL ASSOCIATION OF CHAPTER 13 TRUSTEES | 2/8/2012 TO 2/12/2012 | INDIAN WELLS, CA | SPEAKER AT CLE MEETING | TRAVEL, FOOD & LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 05/01/2013 |

| | | | | |
|---|---|---|---|---|
| 5. ADVANCED CONSUMER BANKR. PRACTICE INSTITUTE | 2/28/2012 TO 2/21/2012 | ATLANTA, GA | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 6. NORTON BANKRUPTCY INSTITUTES | 3/23/2012 TO 3/25/2012 | LAS VEGAS, NV | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 7. OREGON STATE BAR | 4/26/2012 TO 4/29/2012 | SEATTLE, WA | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 8. BANKRUPTCY ASS'N OF SOUTHERN ILLINOIS | 5/2/2012 TO 5/4/2012 | FAIRVIEW HEIGHTS, IL | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 9. INDIANA CONTINUING LEGAL EDUCATION FORUM | 5/14/2012 TO 5/16/2012 | INDIANAPOLIS, IN | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 10. AMERICAN BANKRUPTCY INSTITUTE | 6/7/2012 TO 6/9/2012 | TRAVERSE CITY, MI | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 11. STATE BAR OF PENNSYLVANIA | 6/13/2012 TO 6/15/2012 | PITTSBURGH, PA | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 12. NORTON BANKRUPTCY INSTITUTES | 6/21/2012 TO 6/26/2012 | JACKSON HOLE, WY | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 13. NATIONAL ASS'N OF CHAPTER 13 TRUSTEES | 7/8/2012 TO 7/11/2012 | NEW ORLEANS, LA | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 14. NATIONAL ASS'N OF CHAPTER 13 TRUSTEES | 7/12/2012 TO 7/15/2012 | NEW ORLEANS, LA | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 15. OFFICE OF CH 13 TRUSTEE W.D. PA | 10/7/2012 TO 10/10/2012 | PITTSBURGH, PA | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 16. NATIONAL CONF. OF BANKRUPTCY JUDGES | 10/23/2012 TO 10/26/2012 | SAN DIEGO, CA | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |
| 17. ALLEGHENY COUNTY BAR ASS'N | 12/6/2012 TO 12/7/2012 | PITTSBURGH, PA | SPEAKER AT CLE SEMINAR | TRAVEL, FOOD & LODGING |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General M.M. CIB | A | Dividend | M | T | | | | | |
| 2. General M.M. CIB (trust asset) | A | Dividend | J | T | | | | | |
| 3. FORM (common stock) | | None | J | T | | | | | |
| 4. GSH (common stock) | A | Dividend | J | T | | | | | |
| 5. TVIN (common stock) | | None | J | T | | | | | |
| 6. PAC (common stock) | A | Dividend | | | Sold | 07/27/12 | J | A | |
| 7. IBOC (common stock) | A | Dividend | J | T | | | | | |
| 8. TCAP (common stock) | A | Dividend | J | T | | | | | |
| 9. BRKB (common stock) | | None | | | Sold | 05/25/12 | K | A | |
| 10. CMM (common stock) | | None | | | Sold | 11/06/12 | J | A | |
| 11. CRWN (common stock) | | None | J | T | | | | | |
| 12. EMC (common stock) | | None | | | Sold | 06/05/12 | J | A | |
| 13. GCI (common stock) | A | Dividend | | | Sold | 07/27/12 | J | A | |
| 14. IGT (common stock) | A | Dividend | J | T | | | | | |
| 15. JNJ (common stock) | A | Dividend | J | T | | | | | |
| 16. LPSN (common stock) | | None | J | T | | | | | |
| 17. MSFT (common stock) | A | Dividend | | | Sold | 05/25/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NSR (common stock) | | None | J | T | | | | | |
| 19. RRC (common stock) | A | Dividend | J | T | | | | | |
| 20. UPL (common stock) | | None | J | T | | | | | |
| 21. ARO (common stock) | | None | J | T | | | | | |
| 22. BPI (common stock) | | None | J | T | | | | | |
| 23. GLW (common stock) | A | Dividend | | | Sold | 09/12/12 | J | A | |
| 24. ENOC (common stock) | | None | J | T | | | | | |
| 25. F (common stock) | A | Dividend | J | T | | | | | |
| 26. INFN (common stock) | | None | J | T | | | | | |
| 27. IO (common stock) | | None | J | T | | | | | |
| 28. JBT (common stock) | A | Dividend | J | T | | | | | |
| 29. PEB (common stock) | A | Dividend | | | Sold | 07/27/12 | J | A | |
| 30. PDCE (common stock) (formerly PETD) | | None | J | T | | | | | |
| 31. ROIC (common stock) | A | Dividend | J | T | | | | | |
| 32. SVU (common stock) | A | Dividend | J | T | | | | | |
| 33. WY (common stock) | A | Dividend | J | T | | | | | |
| 34. YONG (common stock) | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | BP (common stock) (X) | A | Dividend | J | T | | | | | |
| 36. | GTI (common stock) (X) | | None | J | T | | | | | |
| 37. | IAG (common stock) (X) | A | Dividend | J | T | | | | | |
| 38. | MA (common stock) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 05/01/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, stocks with "X" were acquired by property settlement.

| Name of Person Reporting | Date of Report |
|---|---|
| LUNDIN, KEITH M. | 05/01/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ KEITH M. LUNDIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544